AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DEVON W. BORKHOLDER;
DAVID WYNN MILLER;
　　　　　　　Plaintiffs
　　　v.　　　　　　　　　　　　**Civil Action No.**  3:12cv748 JTM-CAN

HOMECOMINGS FINANCIAL
NETWORK INCORPORATION;
　　　　　　　Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   that this case is hereby DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge James T. Moody  . on a motion for _____

DATE:  April 26, 2013   ROBERT TRGOVICH, CLERK OF COURT

by   s/ JDarrah

*Signature of Clerk or Deputy Clerk*